**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| DAWN SCOTT, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| Waterton Residential LLC, *et al.* | ) | |
| | ) | |
| *Defendants*. | ) | |

**NOTICE OF DISMISSAL**

Plaintiff Dawn Scott, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby dismisses this action <u>without</u> prejudice and without costs to any party.

Dated: July 31, 2025                      /s/ Sheryl Ring Weikal Esq.

Prepared by:

Sheryl Weikal Esq. #6311043
518 South Route 31, Suite 113
McHenry, Illinois 60050
(847) 975-2643
sheryl@weikallaw.com